IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA



**Marc Genovese, Pro Se**

Plaintiff,

v.

**Experian Information Solutions, Inc.;**

**Trans Union LLC;**

**Discover Bank, Inc.;**

**Citibank, N.A. (CITICARDS CBNA);**

**American Express Company;**

Defendants.

2:26-CV-0058

## I. INTRODUCTION

1. Plaintiff Marc Genovese ("Plaintiff"), appearing pro se, brings this action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., against Defendants for failing to conduct a lawful investigation and for verifying inaccurate information of disputed credit information after receiving Plaintiff's written disputes.

## II. JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. §§ 1331 and 1337.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Plaintiff resides in this District and a substantial part of the events giving rise to these claims occurred here.

## III. PARTIES

4. Plaintiff Marc Genovese is a natural person and consumer residing in the State of Georgia, and is a consumer as defined by 15 U.S.C. § 1681a.

5. Defendant Experian Information Solutions, Inc. is a consumer reporting agency with its principal place of business at 475 Anton Blvd., Costa Mesa, CA 92626. Its registered agent for service of process in Georgia is C T Corporation System, 289 S Culver St, Lawrenceville, GA, 30046-4805.

6. Defendant TransUnion LLC is a consumer reporting agency with its principal place of business at 555 West Adams Street, Chicago, IL 60661. Its registered agent for service of process in Georgia is Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092.

7. Defendant Discover Bank, Inc. has its principal place of business at 502 E. Market Street, Greenwood, DE, 19950. Its registered agent for service of process in Georgia is C T Corporation System, 289 S Culver St, Lawrenceville, GA, 30046-4805.

8. Defendant Citibank, N.A. (CITICARDS CBNA) has its principal place of business at 388 Greenwich Street, New York, NY 10013. Its registered agent for service of process in Georgia is C T Corporation System, 289 S Culver St, Lawrenceville, GA, 30046-4805.

9. Defendant American Express Company has its principal place of business at 200 Vesey Street, New York, New York, 10285-1000. Its registered agent for service of process in Georgia is C T Corporation System, 1201 Peachtree Street, NE, Atlanta, GA, 30361.

## IV. FACTUAL ALLEGATIONS

10. Plaintiff reviewed his consumer credit reports and identified inaccurate, incomplete, and misleading information being reported by Defendants.

11. Plaintiff mailed dispute letters via certified mail numbers 9207190142980436052637, 9207190142980436052668, and 9207190142980436052682.

12. Despite receipt of Plaintiff's disputes, Experian and TransUnion failed to conduct reasonable reinvestigations as required by 15 U.S.C. § 1681i.

13. Experian falsely claimed that Plaintiff's disputes were unauthorized and refused to investigate, constituting willful violations of the FCRA.

14. Trans Union failed to respond to Plaintiff's disputes.

15. One consumer reporting agency notified the data furnishers listed as Defendants in this complaint of Plaintiff's disputes pursuant to 15 U.S.C. § 1681i(a)(2).

16.Discover and Citibank, N.A. (CITICARDS CBNA verified inaccurate information relating to DISCOVER and CITICARDS CBNA tradelines, respectively, without conducting reasonable investigations.

17. American Express failed to mark the account as disputed in violation of 15 U.S.C. § 1681s-2(b).

18. Plaintiff suffered actual damages, including emotional distress, loss of credit opportunities, and high interest rates.

## V. CAUSES OF ACTION

### COUNT I – FAILURE TO REINVESTIGATE (15 U.S.C. § 1681i)

19. Plaintiff realleges the foregoing paragraphs.

20. Defendants Experian and Transunion failed to conduct reasonable reinvestigations after receiving Plaintiff's disputes, in violation of 15 U.S.C. § 1681i.

### COUNT II – WILLFUL VIOLATION (15 U.S.C. § 1681n)

21. Plaintiff realleges the foregoing paragraphs.

22. Experian and TransUnion willfully violated the FCRA by falsely claiming Plaintiff's disputes were unauthorized and refusing to reinvestigate.

### COUNT III – NEGLIGENT VIOLATION (15 U.S.C. § 1681o)

23. Plaintiff realleges the foregoing paragraphs.

24. Defendants negligently failed to comply with the FCRA, causing Plaintiff actual damages.

### COUNT IV – BREACH OF DUTY OF DATA FURNISHER TO PROVIDE ACCURATE INFORMATION
### (15 U.S. Code § 1681s-2)

24. Plaintiff realleges the foregoing paragraphs.

25. Defendants Discover Bank, Inc. Citibank, N.A. (CITICARDS CBNA), and American Express Company, failed to comply with the FCRA by verifying inaccurate information and failed to mark items as disputed, causing Plaintiff actual damages.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Award actual damages;
b. Award statutory damages of $1,000 per statutory violation;
c. Award court costs;
d. Grant such other relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**SIGNATURE**    *Marc Genovese*

Marc Genovese

Plaintiff, Pro Se

Toccoa, Georgia

Date: _2-28-26_

Email: _Marcgenovese@yahoo.com_

Phone number: _770-865-3447_